IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THELMA L. SCHLEICHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-1040 |
| ) | Judge Trauger |
| ASCENSION HEALTH d/b/a ) | |
| ST. THOMAS HOSPITAL, ) | |
| ) | |
| and ) | |
| ) | |
| ASCENSION HEALTH LONG TERM ) | |
| DISABILITY PLAN, ) | |
| ) | |
| and ) | |
| ) | |
| SEDGWICK CLAIMS MANAGEMENT ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons expressed in the accompanying memorandum, plaintiff's motion for judgment on the administrative record (Docket No. 28) is **DENIED**, and defendants' motion for judgment on the administrative record (Docket No. 31) is **GRANTED**. The decision to deny long-term disability benefits to plaintiff under the pre-existing conditions exclusion is hereby **AFFIRMED**.

It is so **ORDERED**.

Entered this 17th day of March 2006.

_____
ALETA A. TRAUGER
United States District Judge